# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Contrack International, Inc. ) | ASBCA Nos. 59886, 59887, 59950 |
| ) | |
| Under Contract No. W912ER-11-C-0049 ) | |

APPEARANCE FOR THE APPELLANT:   David A. Blake, Esq.
Seyfarth Shaw LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
James D. Stephens, Esq.
Edward J. McNaughton, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Middle East
Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 13 May 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59886, 59887, and 59950, Appeals of Contrack International, Inc., rendered in conformance with the Board's Charter.

Dated:   **MAY 13 2016**

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals